JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY JACKSON, | Case No.: CV 16-04200-FMO (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: July 7, 2017

                                          FERNANDO M. OLGUIN
                                          United States District Judge